```
 1  ROBERT S. LAMPL, ESQ.
    LAW OFFICE OF ROBERT S. LAMPL
 2  A Professional Law Corporation
    21031 Ventura Blvd., Suite 640
 3  Woodland Hills, CA  91364
    Tel: (818) 226-5662
 4  Fax: (818) 226-5671
    State Bar No. 82201
 5
    Attorney for Plaintiff
 6

 7
                       UNITED STATES BANKRUPTCY COURT
 8
                       CENTRAL DISTRICT OF CALIFORNIA
 9

10  In Re:                          )   BANKRUPTCY NO.1:17-bk-13194-MT
                                    )
11  ALYCIA ANNE HOLOWCHAK,          )
                                    )   CHAPTER 7
12                                  )
                                    )
13           Debtor.                )
    _____  )   ADVERSARY NO.1:18-ap-01026-MT
14  NAVY FEDERAL CREDIT UNION,      )
                                    )
15                                  )   STIPULATED JUDGMENT ON
             Plaintiff,             )   COMPLAINT TO DETERMINE
16                                  )   DISCHARGEABILITY OF A DEBT
        v.                          )
17                                  )   DATE: December 19, 2018
                                    )   TIME: 11:00 A.M.
18  ALYCIA ANNE HOLOWCHAK,          )   CRTRM: 302
                                    )
19                                  )
             Defendant.             )
20                                  )
    _____  )
```

21    TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANK-
22 RUPTCY JUDGE:
23    Plaintiff NAVY FEDERAL CREDIT UNION, by and through
24 its counsel of record, Robert S. Lampl, Esq, and Defendant,
25 ALYCIA ANNE HOLOWCHAK,, by and through her counsel of record,
26 David S. Hagen, Esq., hereby stipulate and agree as follows:
27    1. Judgment in the above matter shall be entered in
28 favor of NAVY FEDERAL CREDIT UNION, with regard to the Secured

-1-

Loan bearing the account number ending in 5945, in the principal sum of $61,741.76, and the Visa Signature Cash Awards credit card bearing the account number ending in 9328, in the principal sum of $24,172.99, for a total judgment in the sum of $85,914.75, plus interest at the legal rate from the date of entry of judgment, plus costs in the sum of $350.00, and that the said sum is nondischargeable.

2. Execution on the said judgment shall be stayed so long as Defendant, ALYCIA ANNE HOLOWCHAK, pays the sum of $15,000.00 without interest on or before the expiration of twelve (12) months from the date of entry of judgment herein. Upon the timely payment of the sum of $15,000.00, judgment shall be satisfied in full. Payments may be made in any amount and at any time, so long as the entire sum of $15,000.00 is paid within the twelve (12) month period described hereinabove.

3. In the event that Defendant fails to make timely payment as hereinabove stipulated, Plaintiff shall have the right, upon ten (10) days written notice to Defendant to proceed with execution upon said judgment for the unpaid balance thereof less credit for amounts so paid by Defendant prior to Defendant's default in payments. It shall be the obligation of Defendant to advise Plaintiff's counsel of any change of address.

5. By way of reference only, and in no way affecting the settlement stipulated to herein, the parties state that this Stipulation embodies the compromise of a disputed claim, and that this Stipulation by Defendant, is only for the purpose of buying her peace, and that Defendant's Stipulation herein is in no way to be construed as any admission by Defendant as to liability.

6. Any payments becoming due after Defendant has defaulted on any monthly payment or after Defendant has furnished insufficient funds to Plaintiff shall thereafter be made in the form of a money order or certified funds.

7. All payments should be made payable to **"NAVY FEDERAL CREDIT UNION,"** with the account numbers **5495 and 9328** noted thereon and sent to:

> **NAVY FEDERAL CREDIT UNION**
> **P.O BOX 3000**
> **MERRIFIELD, VA 22119**
> **Attn: Bankruptcy Department**

IN WITNESS WHEREOF the parties hereto execute this Stipulated Judgment as of the date set opposite their respective signatures.

DATED: 11/8/18                    LAW OFFICE OF ROBERT S. LAMPL

_____
ROBERT S. LAMPL,
Attorney for Plaintiff


DATED: 11-6-18                    LAW OFFICE OF DAVID S. HAGEN

_____
DAVID S. HAGEN


DATED:                            (See attached)
_____
ALYCIA ANNE HOLOWCHAK
Defendant



6. Any payments becoming due after Defendant has defaulted on any monthly payment or after Defendant has furnished insufficient funds to Plaintiff shall thereafter be made in the form of a money order or certified funds.

7. All payments should be made payable to "NAVY FEDERAL CREDIT UNION," with the account numbers 5495 and 9328 noted thereon and sent to:

NAVY FEDERAL CREDIT UNION
P.O BOX 3000
MERRIFIELD, VA 22119
Attn: Bankruptcy Department

IN WITNESS WHEREOF the parties hereto execute this Stipulated Judgment as of the date set opposite their respective signatures.

DATED:                              LAW OFFICE OF ROBERT S. LAMPL

                                    ROBERT S. LAMPL,
                                    Attorney for Plaintiff

DATED:                              LAW OFFICE OF DAVID S. HAGEN

                                    DAVID S. HAGEN

DATED:                              ALYCIA ANNE HOLOWCHAK
                                    Defendant

-3-